Irene F. HAIRSTON; Peggy M.H. Robins; Deloris A. McKnight, Plaintiffs—Appellants,

v.

William WALKER, Esquire; Brent Stevens, Esquire; Craig, Brawley, Lupfert & Walker, Stevens, L.L.P., Defendants—Appellees.

No. 08–1005.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 4, 2008.

Irene F. Hairston, Peggy M.H. Robins, Deloris A. McKnight, Baton Rouge, Louisiana, for Appellants. William Watts Walker, Craig, Brawley, Lupfert & Walker, Winston–Salem, North Carolina, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irene F. Hairston, Peggy M.H. Robins, and Deloris A. McKnight appeal from the district court's order dismissing their civil complaint and denying their motion for reconsideration, Fed.R.Civ.P. 60(b). We

have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hairston v. Walker,* No. 1:06–cv–00102–NCT–WWD, 2007 WL 2112245 (M.D.N.C. July 19, 2007) & (Oct. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*